SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
------------------------------------------------------------X
CARLANDE EUGENE,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.
------------------------------------------------------------X

Index No.: ______________

Date Filed: ______________

**VERIFIED COMPLAINT AND JURY DEMAND**

Plaintiff CARLANDE EUGENE, by his attorney, Elliot M. Elo, Esq. of The Law Office of Elliot M. Elo, Esq. PLLC, as and for his Verified Complaint against Defendant EXPERIAN INFORMATION SOLUTIONS, INC., alleges as follows:

## PRELIMINARY STATEMENT

1. This is a civil action for willful and negligent violations of the federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. (the "FCRA"), and specifically of 15 U.S.C. § 1681g(a).

2. Upon Plaintiff's request for the disclosure of his consumer file, Defendant delivered a 71 page document in which every one of the 24 account numbers in Plaintiff's file is truncated and masked, in which all ten of Plaintiff's United States Department of Education student loan tradelines bear the same identical masked account number, and in which the sources of false identity information residing in Plaintiff's file are nowhere identified.

3. The FCRA commands that, upon request, a consumer reporting agency clearly and accurately disclose to the consumer all information in the consumer's file at the time of the request, together with the sources of the information, subject only to narrow enumerated exceptions that have no application here.

4. Defendant's masking of every account number and its concealment of the sources of the false identity information in Plaintiff's file deprived Plaintiff of the very information he needed to review his file, to distinguish his ten student loan accounts from one another, and to dispute the seriously derogatory and internally impossible delinquency information those tradelines carry.

5. Defendant's conduct was willful within the meaning of 15 U.S.C. § 1681n or, in the alternative, negligent within the meaning of 15 U.S.C. § 1681o.

## PARTIES

6. Plaintiff CARLANDE EUGENE is a natural person or individual.

7. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c).

8. Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") is a foreign business corporation organized under the laws of the State of Ohio with its principal executive office at 475 Anton Boulevard, Costa Mesa, California 92626.

9. Experian is authorized to do business in the State of New York, holding New York Department of State DOS ID 2076147 upon an initial filing dated October 18, 1996, and its office for New York Department of State purposes is located in Albany County.

10. Experian's registered agent in New York is C T Corporation System, 28 Liberty St., New York, NY 10005.

11. Experian is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

## JURISDICTION AND VENUE

12. This Court has subject matter jurisdiction over this action because claims arising under the FCRA may be brought "in any other court of competent jurisdiction" pursuant to 15

U.S.C. § 1681p, and the Supreme Court of the State of New York is a court of general original jurisdiction under Article VI, § 7 of the New York Constitution.

13. This Court has personal jurisdiction over Experian because Experian is authorized to do business in the State of New York, maintains a registered agent in the State of New York, and continuously and systematically assembles, evaluates, and furnishes consumer reports concerning New York consumers and to users of consumer reports located in the State of New York.

14. Venue is proper in Albany County pursuant to CPLR 503 because Plaintiff is not a resident of the State of New York and Experian, as a foreign corporation authorized to transact business in the State, is deemed a resident of Albany County, the county in which its office is located per the records of the New York Department of State.

15. This action is commenced within the limitations period of 15 U.S.C. § 1681p, the conduct complained of having occurred on and after July 29, 2026.

**STATUTORY FRAMEWORK**

16. Section 1681g(a) of the FCRA provides that "[e]very consumer reporting agency shall, upon request, and subject to section 1681h(a)(1) of this title, clearly and accurately disclose to the consumer" the categories of information enumerated in that subsection.

17. Section 1681g(a)(1) requires disclosure of "All information in the consumer's file at the time of the request, except that— (A) if the consumer to whom the file relates requests that the first 5 digits of the social security number (or similar identification number) of the consumer not be included in the disclosure and the consumer reporting agency has received appropriate proof of the identity of the requester, the consumer reporting agency shall so truncate such number in such disclosure; and (B) nothing in this paragraph shall be construed to require a consumer

reporting agency to disclose to a consumer any information concerning credit scores or any other risk scores or predictors relating to the consumer."

18. Section 1681g(a)(2) requires disclosure of "[t]he sources of the information," excepting only sources of information acquired solely for use in preparing an investigative consumer report and actually used for no other purpose.

19. A consumer's "file" is defined by 15 U.S.C. § 1681a(g) to mean "all of the information on that consumer recorded and retained by a consumer reporting agency regardless of how the information is stored."

20. The scope of the file disclosure required by § 1681g(a)(1) is broader than the content of any single consumer report, as recognized in *Cortez v. Trans Union, LLC*, 617 F.3d 688, 711 to 712 (3d Cir. 2010).

21. A central purpose of the § 1681g(a) disclosure is to enable the consumer to review the contents of his file, discover inaccuracies, and exercise his dispute rights, as recognized in *Gillespie v. Equifax Information Services, LLC*, 484 F.3d 938, 941 (7th Cir. 2007).

22. The account number truncation Experian performed is not among the exceptions enumerated in § 1681g(a)(1), which permit truncation only of the first five digits of a social security number upon the consumer's own request and excuse only the disclosure of credit scores and other risk scores or predictors.

23. A violation of the FCRA is willful under 15 U.S.C. § 1681n when the consumer reporting agency acts in knowing or reckless disregard of its statutory duties, as held in *Safeco Insurance Co. of America v. Burr*, 551 U.S. 47, 56 to 60 (2007), and a negligent violation is actionable under 15 U.S.C. § 1681o.

## FACTUAL ALLEGATIONS

**A. Plaintiff's Request and Experian's Disclosure**

24. On July 29, 2026, Plaintiff requested the disclosure of his Experian consumer file through AnnualCreditReport.com.

25. In response, Experian generated and delivered to Plaintiff a document dated July 29, 2026, bearing Report Number 2857-8036-08 and comprising 71 printed pages.

26. A true and complete copy of the July 29, 2026 disclosure is annexed hereto as Exhibit A, and all page citations herein are to the pagination of that complete print.

27. The disclosure states on its face that Plaintiff's file contains 24 accounts, 0 public records, and 4 hard inquiries. (Ex. A at 1).

28. The disclosure Experian delivered was the disclosure of Plaintiff's file required by 15 U.S.C. § 1681g(a).

**B. Experian Masked Every Account Number in Plaintiff's File**

29. Every one of the 24 account numbers appearing in the disclosure is truncated and masked with strings of the letter X in place of the account number's digits or characters.

30. The ATLAS account number is disclosed only as "EG3AUDXXXXXXXXXXXXXXXXXXXXXX." (Ex. A at 6).

31. The CAINE & WEINER account number is disclosed only as "254793XX." (Ex. A at 8).

32. The CAPITAL ONE account number is disclosed only as "517805XXXXXXXXXX." (Ex. A at 9).

33. The CITI CARDS/CITIBANK account number is disclosed only as "542418XXXXXXXXXX." (Ex. A at 12).

34. The DEFERIT INC account number is disclosed only as "ADDE49XXXXXXXXXXXXXXXXXXXXXXXX." (Ex. A at 15).

35. Each of the ten DEPT OF EDUCATION/NELNET account numbers is disclosed only as "900000XXXXXXXXX." (Ex. A at 16, 18, 21, 23, 26, 28, 31, 33, 36, 38).

36. The EDC/RENTPLUS/ZRSMANAGEMENTLLC account number is disclosed only as "96675YXXXXXXXX." (Ex. A at 41).

37. The HARRIS & HARRIS LTD account number is disclosed only as "828443XX." (Ex. A at 42).

38. The KOVO INC account number is disclosed only as "G7C692XXXXXXX." (Ex. A at 43).

39. The SELF /ATLANTIC CAPITAL B account number is disclosed only as "1427XXXX." (Ex. A at 45).

40. The SELF FINANCIAL/LEAD BANK secured card account number is disclosed only as "74751XXXX." (Ex. A at 46).

41. The SELF FINANCIAL/LEAD BANK secured loan account number is disclosed only as "CBA000XXXXXXXXXXXXXX." (Ex. A at 47).

42. The UPSTART NETWORK INC. account number is disclosed only as "L150XXXX." (Ex. A at 48).

43. The US DEPT OF ED/GLELSI account number is disclosed only as "260721XXXXXXXXXX." (Ex. A at 50).

44. The WESTLAKE FINANCIAL SVCS account number is disclosed only as "3740XXXX." (Ex. A at 51).

45. No full account number for any account appears anywhere in the 71 pages of the disclosure.

**C. The Full Account Numbers Are Information in Plaintiff's File**

46. Experian receives full account numbers from data furnishers, uses full account numbers to match incoming furnisher data to the tradelines in consumers' files, and records and retains full account numbers in its consumer files.

47. The full account numbers of Plaintiff's 24 accounts were information in Plaintiff's file at the time of his July 29, 2026 request within the meaning of 15 U.S.C. §§ 1681g(a)(1) and 1681a(g).

48. Upon information and belief, Experian discloses full or materially less truncated account numbers to its subscribers and other paying users of consumer reports while masking those same account numbers in the file disclosures it delivers to the consumers to whom the files relate.

49. Plaintiff did not request the truncation of any account number, and no statutory exception authorized Experian to withhold the account numbers from Plaintiff's file disclosure.

**D. The Masking Renders the Ten Student Loan Tradelines Indistinguishable**

50. Plaintiff's file contains ten DEPT OF EDUCATION/NELNET tradelines, each reporting a facially derogatory delinquency history of 90, 120, and up to 150 days past due during the period November 2025 through January 2026. (Ex. A at 16 to 40).

51. Because all ten Nelnet tradelines bear the identical masked account number "900000XXXXXXXXX," the disclosure makes it impossible for Plaintiff to determine which tradeline corresponds to which of his ten student loans.

52. A consumer cannot effectively dispute derogatory information on a specific account, with either the consumer reporting agency or the furnisher, without the account number that identifies the account.

53. The two SELF FINANCIAL/LEAD BANK tradelines and the CAINE & WEINER collection tradeline are likewise masked, so Plaintiff likewise cannot verify from his own file disclosure which obligations those tradelines assert against him. (Ex. A at 8, 46, 47).

**E. Experian Concealed the Sources of the False Identity Information in Plaintiff's File**

54. Plaintiff's file contains three name spellings: "CARLANDE EUGENE," Name ID #9377; "CARLANDE EUDENE," Name ID #24741; and "CAYLANDE EUGENE," Name ID #2506. (Ex. A at 2).

55. "CARLANDE EUDENE" and "CAYLANDE EUGENE" are not and have never been Plaintiff's name.

56. The disclosure does not identify the source from which either misspelled name variant entered Plaintiff's file.

57. The disclosure states that "Experian has internal records classifying the following address as a non-residential business address" as to Plaintiff's home at 6000 Eldorado Pkwy, Frisco, TX 75033, and that Experian would report it as such to a lender or other Experian customer purchasing information about that address. (Ex. A at 6).

58. The disclosure does not identify the source of the internal records classifying Plaintiff's home as a non-residential commercial business address.

59. The sources of the misspelled name variants and of the commercial business address classification are sources of information in Plaintiff's file within the meaning of 15 U.S.C. § 1681g(a)(2), and no exception excused their nondisclosure.

**F. The Disclosure Indexes More Personal Information Records Than It Itemizes**

60. The disclosure's personal information index states that Plaintiff's file contains 3 names, 23 addresses, 2 employers, and 6 other records. (Ex. A at 1).

61. The personal information section of the disclosure itemizes as other records only a year of birth and three telephone numbers, four items in total. (Ex. A at 5).

62. Upon information and belief, at least two additional personal information records counted in Plaintiff's file were not disclosed or were not identifiably disclosed to Plaintiff.

**G. Plaintiff's Injuries**

63. Experian's violations deprived Plaintiff of information to which the FCRA entitles him and which he sought for the concrete purpose of reviewing his file and addressing the derogatory and false information it contains.

64. Because of the masking, Plaintiff cannot map any of the ten identically masked Nelnet tradelines to a particular loan, cannot verify the collection and secured account tradelines asserted against him, and cannot frame effective disputes identifying the accounts at issue.

65. Because the sources of the false name variants and the commercial address classification are concealed, Plaintiff cannot identify, contact, or correct the originators of the false identity information contaminating his file.

66. As a direct and proximate result of Experian's conduct, Plaintiff has suffered actual damages including the deprivation of his statutory right to his complete file, impairment of his ability to detect and dispute inaccuracies, the loss of time and effort expended obtaining and reviewing a deficient disclosure, and frustration, anxiety, and emotional distress.

67. Emotional distress damages are recoverable under the FCRA without proof of economic loss, as held in *Sloane v. Equifax Information Services, LLC*, 510 F.3d 495, 503 to 507 (4th Cir. 2007), and *Cortez*, 617 F.3d at 719 to 720.

**AS AND FOR A FIRST CAUSE OF ACTION**

**(Willful Violation of 15 U.S.C. § 1681g(a)(1), Pursuant to 15 U.S.C. § 1681n)**

68. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

69. Upon Plaintiff's request, Experian failed to clearly and accurately disclose to Plaintiff all information in Plaintiff's file at the time of the request, including without limitation the full account numbers of the 24 accounts in Plaintiff's file, in violation of 15 U.S.C. § 1681g(a)(1).

70. Experian's masking of every account number in every consumer file disclosure is, upon information and belief, a uniform and deliberate corporate policy rather than an isolated error.

71. Experian adopted and maintained that policy in knowing or reckless disregard of the plain statutory command that all information in the file be disclosed and of the narrow scope of the enumerated exceptions, and its violation of § 1681g(a)(1) was accordingly willful within the meaning of 15 U.S.C. § 1681n.

72. As a result of Experian's willful violations, Plaintiff is entitled to actual damages or statutory damages of not less than $100 and not more than $1,000 per violation, punitive damages, and costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1681n(a).

**AS AND FOR A SECOND CAUSE OF ACTION**

**(Willful Violation of 15 U.S.C. § 1681g(a)(2), Pursuant to 15 U.S.C. § 1681n)**

73. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

74. Upon Plaintiff's request, Experian failed to disclose to Plaintiff the sources of the information in Plaintiff's file, including without limitation the sources of the misspelled name variants "CARLANDE EUDENE" and "CAYLANDE EUGENE" and the source of the internal records classifying Plaintiff's home as a non-residential commercial business address, in violation of 15 U.S.C. § 1681g(a)(2).

75. Experian's concealment of sources was willful within the meaning of 15 U.S.C. § 1681n because Experian acted in knowing or reckless disregard of its duty to disclose them.

76. As a result of Experian's willful violations, Plaintiff is entitled to actual damages or statutory damages of not less than $100 and not more than $1,000 per violation, punitive damages, and costs and reasonable attorney's fees, pursuant to 15 U.S.C. § 1681n(a).

**AS AND FOR A THIRD CAUSE OF ACTION**

**(Negligent Violation of 15 U.S.C. § 1681g(a)(1), Pursuant to 15 U.S.C. § 1681o)**

77. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

78. In the alternative, Experian's failure to disclose all information in Plaintiff's file constitutes a negligent violation of 15 U.S.C. § 1681g(a)(1), entitling Plaintiff to actual damages and costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a).

**AS AND FOR A FOURTH CAUSE OF ACTION**

**(Negligent Violation of 15 U.S.C. § 1681g(a)(2), Pursuant to 15 U.S.C. § 1681o)**

79. Plaintiff repeats and realleges each and every allegation set forth above as if fully set forth herein.

80. In the alternative, Experian's failure to disclose the sources of the information in Plaintiff's file constitutes a negligent violation of 15 U.S.C. § 1681g(a)(2), entitling Plaintiff to actual damages and costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681o(a).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Defendant EXPERIAN INFORMATION SOLUTIONS, INC. as follows:

(a) awarding Plaintiff actual damages pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1681o(a)(1);

(b) awarding Plaintiff statutory damages of not less than $100 and not more than $1,000 for each willful violation pursuant to 15 U.S.C. § 1681n(a)(1)(A);

(c) awarding Plaintiff punitive damages pursuant to 15 U.S.C. § 1681n(a)(2);

(d) awarding Plaintiff the costs of this action together with reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o(a)(2);

(e) awarding pre-judgment and post-judgment interest to the extent permitted by law; and

(f) granting such other and further relief as the Court deems just and proper.

## JURY DEMAND

Pursuant to CPLR 4102, Plaintiff hereby demands a trial by jury of all issues so triable.

Dated: New York, New York, August 25, 2026

THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC
By: s/ Elliot M. Elo
Elliot M. Elo, Esq.
42 West 48th Street, Floor 2
New York, New York 10036-1701
Telephone: (212) 302-1257
Facsimile: (212) 302-1648
Email: elliot@elolawfirm.com
*Attorney for Plaintiff*

**ATTORNEY VERIFICATION**

ELLIOT M. ELO, ESQ., an attorney duly admitted to practice law before the courts of the State of New York, affirms the following pursuant to CPLR 2106:

1. I am the attorney of record for Plaintiff CARLANDE EUGENE in the within action, and I maintain my office at 42 West 48th Street, Floor 2, New York, New York 10036-1701, in New York County.

2. I have read the foregoing Verified Complaint and know the contents thereof, and the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true.

3. Pursuant to CPLR 3021, the grounds of my belief as to all matters not stated upon my own knowledge are the documents and records maintained in my file, including Plaintiff's Experian consumer file disclosure dated July 29, 2026, Report Number 2857-8036-08, the records of the New York Department of State concerning Defendant, and my communications with Plaintiff.

4. Pursuant to CPLR 3020(d)(3) and 3021, the reason this verification is made by me and not by Plaintiff is that Plaintiff resides in Collin County, Texas, and not in the county where I maintain my office.

I affirm this 25th day of August, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

s/ Elliot M. Elo
Elliot M. Elo, Esq.

# Exhibit A

Prepared For

**CARLANDE EUGENE**

**Personal & Confidential**

**Date Generated** Jul 29, 2026

**Report Number** 2857-8036-08

## At a Glance

**24 Accounts** **0 Public Records** **4 Hard Inquiries**

## Personal Information

3 Names 23 Addresses 2 Employers 6 Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

## Names

| | | |
|---|---|---|
| CARLANDE EUGENE | CARLANDE EUDENE | CAYLANDE EUGENE |
| Name ID #9377 | Name ID #24741 | Name ID #2506 |

## Addresses

**6000 ELDORADO PKWY APT536 FRISCO TX, 75033-3548**
Address ID #0716401504
Apartment complex

**6000 ELDORADO PKWY FRISCO TX, 75033-3573**
Address ID #1006749042
Multifamily

**6000 ELDORADO PKWY APT0536 FRISCO TX, 75033-3548**
Address ID #0753355649
Apartment complex

**41 NASSAU AVE FREEPORT NY, 11520-5541**
Address ID #0023690914
Single family

**42 AVON PL STATEN ISLAND NY, 10301-3108**
Address ID #0487846323
Single family

**898 SAINT NICHOLAS AVE APT4L NEW YORK NY, 10032-5219**
Address ID #0999081684
Apartment complex

**898 SAINT NICHOLAS AVE APT4L NEW YORK NY, 10032-5219**
Address ID #0827228723
Apartment complex

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0821018443
Multifamily

**898 SAINT NICHOLAS AVE APT4I NEW YORK NY, 10032-5219**
Address ID #0854457679
Apartment complex

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0991533403
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0987552966
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0987634034
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0986607174
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0984173562
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0973302797
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0974680966
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0961567097
Multifamily

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0963765519
Multifamily

**898 SAINT NICHOLAS 6 J AVE NEW YORK NY, 10032**
Address ID #0822856945
Single family

**898 SAINT NICHOLAS AVE NEW YORK NY, 10032-5206**
Address ID #0963866979
Multifamily

**898 SAINT NICHOLAS AVE**

**898 SAINT NICHOLAS AVE**

**420 W 146TH ST APT4**

| | | |
|---|---|---|
| #A<br>NEW YORK NY,<br>10032-5206<br>Address ID<br>#0877084753<br>Apartment complex | APTL<br>NEW YORK NY,<br>10032-5206<br>Address ID<br>#0929363529<br>Apartment complex | NEW YORK NY,<br>10031-5211<br>Address ID<br>#0019006457<br>Apartment complex |

## Year of Birth

1997

## Phone Numbers

| | | |
|---|---|---|
| (347)[redacted]<br>Cellular | (973) 553-3080<br>Cellular | (845) 924-8400<br>Cellular |

## Employers

NY PRESBYTERIAN HOPITAL

WEILL CORNELL MEDICINE

## Notices

Experian has internal records classifying the following address as a non-residential business address. If a lender or other Experian customer purchased information about this address, Experian would report it as such. (6000 ELDORADO PKWY FRISCO TX 75033)

COMMERCIAL BUSINESS ADDRESS: 6000 ELDORADO PKWY, FRISCO, TX, 75033.

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

## ATLAS

### Account Info

| | |
|---|---|
| Account Name | ATLAS |
| Account Number | EG3AUDXXXXXXXXXXXXXXXXXXXXXX |
| Account Type | Line of Credit |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/15/2025 |
| Status | Open/Never late. |
| Status Updated | June 2026 |
| Balance | $13 |
| Balance Updated | 06/25/2026 |
| Recent Payment | $191 as of 5/30/2026 |
| Monthly Payment | $13 |
| Credit Limit | $1,000 |

| | |
|---|---|
| Highest Balance | $43 |
| Terms | - |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ND |

✓ Current / Terms met ND No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$0** | **$0** | **$122 on 4/17/2026** |
| **Apr 2026** | **$0** | **$0** | **$91 on 3/30/2026** |
| **Mar 2026** | **$43** | **$43** | **$0 on 1/22/2026** |
| **Feb 2026** | **$23** | **$23** | **$83 on 1/22/2026** |
| **Jan 2026** | **$29** | **$29** | **$25 on 12/25/2025** |
| **Dec 2025** | **$0** | **$0** | **$49 on 11/14/2025** |
| **Nov 2025** | **$9** | **$9** | **$8 on 10/12/2025** |
| **Oct 2025** | **$0** | **$0** | **$8 on 9/3/2025** |
| **Sep 2025** | **$0** | **$0** | **$8 on 9/3/2025** |

### Additional info

Between Sep 2025 and May 2026, your credit limit/high balance was $1,000

## Contact Info

| | |
|---|---|
| Address | 300 COVENTRY RD,<br>KENSINGTON CA 94707 |
| Phone Number | (415) 417-1706 |

## CAINE & WEINER

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | CAINE & WEINER |
| Account Number | 254793XX |
| Account Type | Collection |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 04/27/2026 |
| Status | Collection account. $237 past due as of Jul 2026. |
| Status Updated | Apr 2026 |
| Balance | $237 |
| Balance Updated | 07/14/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $237 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Nov 2032 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | — | — | — | C | — | — | — | — | — |

C Collection

**Payment history guide**

Collection as of Jul 2026

This account is scheduled to continue on record until Nov 2032.

## Historical Info

| | |
|---|---|
| Original Creditor | PROGRESSIVE |

### Contact Info

| | |
|---|---|
| Address | 12005 FORD RD STE 300,<br>DALLAS TX 75234 |
| Phone Number | (818) 226-6000 |

## CAPITAL ONE

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | CAPITAL ONE |
| Account Number | 517805XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 03/16/2021 |
| Status | Account charged off. $812 written off. $812 past due as of Jul 2026. |
| Status Updated | Aug 2025 |
| Balance | $812 |
| Balance Updated | 07/14/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $600 |
| Highest Balance | $812 |
| Terms | - |
| On Record Until | Sep 2031 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | — | — | — | — | — |
| 2025 | 30 | 60 | 90 | 90 | 120 | 150 | ND | CO | CO | CO | CO | CO |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of Jul 2026 to Aug 2025

150 days past due as of Jun 2025

120 days past due as of May 2025

90 days past due as of Apr 2025,Mar 2025

60 days past due as of Feb 2025

30 days past due as of Jan 2025

This account is scheduled to continue on record until Sep 2031.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **May 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Apr 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Mar 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Feb 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Jan 2026** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Dec 2025** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Nov 2025** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Oct 2025** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Sep 2025** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Aug 2025** | **$812** | **$0** | **$0 on 6/20/2025** |
| **Jun 2025** | **$791** | **$27** | **$0 on 5/10/2025** |
| **May 2025** | **$771** | **$27** | **$0 on 5/10/2025** |
| **Apr 2025** | **$751** | **$27** | **$0 on 4/10/2025** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2025 | $739 | $28 | $0 on 3/14/2025 |
| Feb 2025 | $772 | $65 | $0 on 10/23/2024 |
| Jan 2025 | $714 | $65 | $0 on 10/23/2024 |
| Dec 2024 | $656 | $48 | $0 on 10/23/2024 |
| Nov 2024 | $614 | $25 | $0 on 10/23/2024 |
| Oct 2024 | $655 | $62 | $0 on 9/12/2024 |
| Sep 2024 | $361 | $44 | $0 on 9/12/2024 |
| Aug 2024 | $611 | $25 | $0 on 8/15/2024 |
| Jul 2024 | $189 | $25 | $0 on 7/13/2024 |

### Additional info

Between Jul 2024 and Jun 2026, your credit limit/high balance was $600

### Contact Info

Address PO BOX 31293,
SALT LAKE CITY UT 84131

Phone Number (800) 955-7070

### Comment

**Current:**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

Aug 2025 to Jun 2026

## CITI CARDS/CITIBANK

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | CITI CARDS/CITIBANK |
| Account Number | 542418XXXXXXXXXX |
| Account Type | Credit card |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 06/27/2021 |
| Status | Account charged off. $528 written off. $270 past due as of Jul 2026. |
| Status Updated | Jul 2025 |
| Balance | $528 |
| Balance Updated | 07/20/2026 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $500 |
| Highest Balance | $673 |
| Terms | - |
| On Record Until | Sep 2031 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | CO | CO | CO | CO | CO | CO | CO | – | – | – | – | – |
| 2025 | ✓ | 30 | ND | 60 | 60 | 90 | CO | ND | CO | CO | CO | CO |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ND | 60 | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 90 | 90 | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | ✓ | ✓ | ✓ | ✓ |
| 2021 | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | ND | No data for this period |

### Payment history guide

Charge Off as of Jul 2026 to Sep 2025,Jul 2025

90 days past due as of Jun 2025,Nov 2023 to Sep 2023

60 days past due as of May 2025,Apr 2025,Aug 2023,Feb 2023

30 days past due as of Feb 2025,Jul 2023,Aug 2022,Jul 2022

This account is scheduled to continue on record until Sep 2031.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **May 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Apr 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Mar 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Feb 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Jan 2026** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Dec 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Nov 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Oct 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Sep 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Jul 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Jul 2025** | **$528** | **$0** | **$0 on 4/12/2025** |
| **Jun 2025** | **$513** | **$15** | **$0 on 6/12/2025** |
| **May 2025** | **$509** | **$15** | **$0 on 5/12/2025** |
| **Apr 2025** | **$519** | **$15** | **$0 on 4/12/2025** |
| **Mar 2025** | **$515** | **$15** | **$0 on 3/12/2025** |
| **Feb 2025** | **$526** | **$15** | **$0 on 2/12/2025** |
| **Jan 2025** | **$522** | **$15** | **$0 on 1/12/2025** |
| **Dec 2024** | **$517** | **$15** | **$0 on 12/12/2024** |
| **Nov 2024** | **$528** | **$15** | **$0 on 11/12/2024** |
| **Oct 2024** | **$538** | **$15** | **$0 on 10/12/2024** |
| **Sep 2024** | **$549** | **$15** | **$0 on 9/12/2024** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Aug 2024** | **$559** | **$15** | **$0 on 8/12/2024** |
| **Jul 2024** | **$569** | **$15** | **$0 on 7/12/2024** |

### Additional info

Between Jul 2024 and Jun 2026, your credit limit/high balance was $500

### Contact Info

| | |
|---|---|
| Address | **PO BOX 6241,<br>SIOUX FALLS SD 57117** |
| Phone Number | **(800) 950-5114** |

### Comment

**Current:**

**FCBA dispute resolved - consumer disagrees.**

**Account closed at credit grantor's request.**

**Previous:**

**Account closed at credit grantor's request.**

Sep 2025 to Jun 2026

**FCBA dispute resolved - consumer disagrees.**

Sep 2025 to Jun 2026, Jul 2023 to Jun 2025

### Your Statement

**ITEM IN DISPUTE BY CONSUMER**

### Reinvestigation Info

**This item was updated from our processing of your dispute in Aug 2025.**

## DEFERIT INC

### Account Info

| | |
|---|---|
| Account Name | **DEFERIT INC** |
| Account Number | **ADDE49XXXXXXXXXXXXXXXXXXXXXX** |
| Account Type | **Line of Credit** |
| Responsibility | **Individual** |
| Interest Type | **-** |
| Date Opened | **02/10/2026** |
| Status | **Open/Never late.** |
| Status Updated | **June 2026** |
| Balance | **$112** |
| Balance Updated | **06/30/2026** |
| Recent Payment | **$39 as of 6/5/2026** |
| Monthly Payment | **$76** |
| Credit Limit | **$450** |
| Highest Balance | **$112** |
| Terms | **-** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | – | ✓ | ✓ | ✓ | ND | ✓ | – | – | – | – | – | – |

✓ Current / Terms met ND No data for this period

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Apr 2026** | **$0** | **$0** | **$75 on 4/15/2026** |
| **Mar 2026** | **$75** | **$75** | **$438 on 3/29/2026** |
| **Feb 2026** | **$112** | **$112** | **$132 on 2/10/2026** |

### Additional info

Between Feb 2026 and Apr 2026, your credit limit/high balance was $450

## Contact Info

| | |
|---|---|
| Address | **PO BOX 3511,<br>NEW YORK NY 10008** |
| Phone Number | **(216) 208-7236** |

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/25/2017 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $3,741 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $3,500 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
ND No data for this period

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$3,741** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$3,741** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$3,741** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$3,734** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$3,722** | **$37** | **$0 on 8/16/2023** |
| **Dec 2025** | **$3,709** | **$37** | **$0 on 8/16/2023** |
| **Nov 2025** | **$3,696** | **$37** | **$0 on 8/16/2023** |
| **Oct 2025** | **$3,683** | **$37** | **$0 on 8/16/2023** |
| **Sep 2025** | **$3,670** | **$37** | **$0 on 8/16/2023** |
| **Aug 2025** | **$3,657** | **$37** | **$0 on 8/16/2023** |
| **Jul 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Jun 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **May 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Apr 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Mar 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Feb 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Jan 2025** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Dec 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Nov 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Oct 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Sep 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |
| **Aug 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jul 2024** | **$3,555** | **$0** | **$0 on 8/16/2023** |

### Additional info

The original amount of this account was $3,500

### Contact Info

| | |
|---|---|
| Address | **PO BOX 82561,<br>LINCOLN NE 68501** |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** |
| Account Number | **900000XXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Interest Type | - |
| Date Opened | **08/25/2017** |
| Status | **Open.** |
| Status Updated | **Mar 2026** |
| Balance | **$2,462** |
| Balance Updated | **06/30/2026** |
| Recent Payment | - |
| Monthly Payment | **$0** |

| | |
|---|---|
| Original Balance | $2,000 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| ND | No data for this period | | |

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$2,455** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$2,447** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$2,439** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$2,431** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$2,426** | **$24** | **$0 on 8/16/2023** |
| **Dec 2025** | **$2,419** | **$24** | **$0 on 8/16/2023** |
| **Nov 2025** | **$2,411** | **$24** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Oct 2025 | $2,403 | $24 | $0 on 8/16/2023 |
| Sep 2025 | $2,395 | $24 | $0 on 8/16/2023 |
| Aug 2025 | $2,388 | $23 | $0 on 8/16/2023 |
| Jul 2025 | $2,380 | $0 | $0 on 8/16/2023 |
| Jun 2025 | $2,372 | $0 | $0 on 8/16/2023 |
| May 2025 | $2,365 | $0 | $0 on 8/16/2023 |
| Apr 2025 | $2,357 | $0 | $0 on 8/16/2023 |
| Mar 2025 | $2,350 | $0 | $0 on 8/16/2023 |
| Feb 2025 | $2,342 | $0 | $0 on 8/16/2023 |
| Jan 2025 | $2,336 | $0 | $0 on 8/16/2023 |
| Dec 2024 | $2,328 | $0 | $0 on 8/16/2023 |
| Nov 2024 | $2,321 | $0 | $0 on 8/16/2023 |
| Oct 2024 | $2,313 | $0 | $0 on 8/16/2023 |
| Sep 2024 | $2,306 | $0 | $0 on 8/16/2023 |
| Aug 2024 | $2,298 | $0 | $0 on 8/16/2023 |
| Jul 2024 | $2,291 | $0 | $0 on 8/16/2023 |

### Additional info

The original amount of this account was $2,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561,<br>LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/31/2018 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $2,965 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $2,750 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
ND No data for this period

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$2,965** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$2,965** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$2,965** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$2,959** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$2,948** | **$30** | **$0 on 8/16/2023** |
| **Dec 2025** | **$2,936** | **$30** | **$0 on 8/16/2023** |
| **Nov 2025** | **$2,924** | **$30** | **$0 on 8/16/2023** |
| **Oct 2025** | **$2,913** | **$30** | **$0 on 8/16/2023** |
| **Sep 2025** | **$2,901** | **$30** | **$0 on 8/16/2023** |
| **Aug 2025** | **$2,890** | **$30** | **$0 on 8/16/2023** |
| **Jul 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Jun 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **May 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Apr 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Mar 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Feb 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Jan 2025** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Dec 2024** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Nov 2024** | **$2,799** | **$0** | **$0 on 8/16/2023** |
| **Oct 2024** | **$2,799** | **$0** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Sep 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Aug 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Jul 2024 | $2,799 | $0 | $0 on 8/16/2023 |

### Additional info

The original amount of this account was $2,750

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/31/2018 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $1,221 |
| Balance Updated | 06/30/2026 |

| | |
|---|---|
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $1,000 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
ND No data for this period

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$1,216** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$1,212** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$1,208** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$1,203** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$1,200** | **$12** | **$0 on 8/16/2023** |
| **Dec 2025** | **$1,196** | **$12** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2025 | $1,191 | $12 | $0 on 8/16/2023 |
| Oct 2025 | $1,187 | $12 | $0 on 8/16/2023 |
| Sep 2025 | $1,183 | $12 | $0 on 8/16/2023 |
| Aug 2025 | $1,178 | $11 | $0 on 8/16/2023 |
| Jul 2025 | $1,174 | $0 | $0 on 8/16/2023 |
| Jun 2025 | $1,170 | $0 | $0 on 8/16/2023 |
| May 2025 | $1,165 | $0 | $0 on 8/16/2023 |
| Apr 2025 | $1,161 | $0 | $0 on 8/16/2023 |
| Mar 2025 | $1,157 | $0 | $0 on 8/16/2023 |
| Feb 2025 | $1,153 | $0 | $0 on 8/16/2023 |
| Jan 2025 | $1,149 | $0 | $0 on 8/16/2023 |
| Dec 2024 | $1,144 | $0 | $0 on 8/16/2023 |
| Nov 2024 | $1,140 | $0 | $0 on 8/16/2023 |
| Oct 2024 | $1,136 | $0 | $0 on 8/16/2023 |
| Sep 2024 | $1,132 | $0 | $0 on 8/16/2023 |
| Aug 2024 | $1,128 | $0 | $0 on 8/16/2023 |
| Jul 2024 | $1,123 | $0 | $0 on 8/16/2023 |

### Additional info

The original amount of this account was $1,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561,<br>LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

None

**Previous:**

**Payment Deferred.**

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 02/17/2019 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $1,197 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $1,000 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met 90 Past due 90 days
120 Past due 120 days 150 Past due 150 days

ND No data for this period

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$1,193** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$1,188** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$1,184** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$1,180** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$1,177** | **$12** | **$0 on 8/16/2023** |
| **Dec 2025** | **$1,172** | **$12** | **$0 on 8/16/2023** |
| **Nov 2025** | **$1,168** | **$12** | **$0 on 8/16/2023** |
| **Oct 2025** | **$1,164** | **$12** | **$0 on 8/16/2023** |
| **Sep 2025** | **$1,159** | **$12** | **$0 on 8/16/2023** |
| **Aug 2025** | **$1,155** | **$11** | **$0 on 8/16/2023** |
| **Jul 2025** | **$1,150** | **$0** | **$0 on 8/16/2023** |
| **Jun 2025** | **$1,146** | **$0** | **$0 on 8/16/2023** |
| **May 2025** | **$1,142** | **$0** | **$0 on 8/16/2023** |
| **Apr 2025** | **$1,138** | **$0** | **$0 on 8/16/2023** |
| **Mar 2025** | **$1,133** | **$0** | **$0 on 8/16/2023** |
| **Feb 2025** | **$1,129** | **$0** | **$0 on 8/16/2023** |
| **Jan 2025** | **$1,125** | **$0** | **$0 on 8/16/2023** |
| **Dec 2024** | **$1,121** | **$0** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2024** | **$1,117** | **$0** | **$0 on 8/16/2023** |
| **Oct 2024** | **$1,113** | **$0** | **$0 on 8/16/2023** |
| **Sep 2024** | **$1,108** | **$0** | **$0 on 8/16/2023** |
| **Aug 2024** | **$1,104** | **$0** | **$0 on 8/16/2023** |
| **Jul 2024** | **$1,100** | **$0** | **$0 on 8/16/2023** |

### Additional info

The original amount of this account was $1,000

### Contact Info

| | |
|---|---|
| Address | **PO BOX 82561,**<br>**LINCOLN NE 68501** |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** |
| Account Number | **900000XXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Interest Type | - |
| Date Opened | **02/24/2019** |

| | |
|---|---|
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $2,965 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $2,750 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
ND No data for this period

### Payment history guide

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$2,965** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$2,965** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$2,965** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$2,959** | **$0** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2026 | $2,948 | $30 | $0 on 8/16/2023 |
| Dec 2025 | $2,936 | $30 | $0 on 8/16/2023 |
| Nov 2025 | $2,924 | $30 | $0 on 8/16/2023 |
| Oct 2025 | $2,913 | $30 | $0 on 8/16/2023 |
| Sep 2025 | $2,901 | $30 | $0 on 8/16/2023 |
| Aug 2025 | $2,890 | $30 | $0 on 8/16/2023 |
| Jul 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Jun 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| May 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Apr 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Mar 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Feb 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Jan 2025 | $2,799 | $0 | $0 on 8/16/2023 |
| Dec 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Nov 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Oct 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Sep 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Aug 2024 | $2,799 | $0 | $0 on 8/16/2023 |
| Jul 2024 | $2,799 | $0 | $0 on 8/16/2023 |

### Additional info

The original amount of this account was $2,750

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/30/2019 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $2,943 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $2,750 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| ND | No data for this period | | |

**Payment history guide**

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$2,943** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$2,943** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$2,943** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$2,937** | **$0** | **$0 on 8/16/2023** |
| **Jan 2026** | **$2,928** | **$29** | **$0 on 8/16/2023** |
| **Dec 2025** | **$2,917** | **$29** | **$0 on 8/16/2023** |
| **Nov 2025** | **$2,906** | **$29** | **$0 on 8/16/2023** |
| **Oct 2025** | **$2,896** | **$29** | **$0 on 8/16/2023** |
| **Sep 2025** | **$2,886** | **$29** | **$0 on 8/16/2023** |
| **Aug 2025** | **$2,875** | **$29** | **$0 on 8/16/2023** |
| **Jul 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Jun 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **May 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Apr 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Mar 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Feb 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jan 2025** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Dec 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Nov 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Oct 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Sep 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Aug 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |
| **Jul 2024** | **$2,793** | **$0** | **$0 on 8/16/2023** |

### Additional info

The original amount of this account was $2,750

### Contact Info

Address: **PO BOX 82561, LINCOLN NE 68501**

Phone Number: **(888) 486-4722**

### Comment

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

Account Name: **DEPT OF EDUCATION/NELNET**

Account Number: **900000XXXXXXXXX**

Account Type: **Education**

| | |
|---|---|
| Responsibility | **Individual** |
| Interest Type | - |
| Date Opened | **08/30/2019** |
| Status | **Open.** |
| Status Updated | **Mar 2026** |
| Balance | **$1,153** |
| Balance Updated | **06/30/2026** |
| Recent Payment | - |
| Monthly Payment | **$0** |
| Original Balance | **$1,000** |
| Highest Balance | - |
| Terms | **120 Months** |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 150 | ND | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ✓ | 90 | 120 |
| 2024 | ND | ✓ | ✓ | ✓ | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
150 Past due 150 days
ND No data for this period

### Payment history guide

150 days past due as of Jan 2026

120 days past due as of Dec 2025

90 days past due as of Nov 2025

By Jul 2032, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$1,149** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$1,145** | **$0** | **$0 on 4/16/2026** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Mar 2026 | $1,141 | $0 | $0 on 3/16/2026 |
| Feb 2026 | $1,137 | $0 | $0 on 8/16/2023 |
| Jan 2026 | $1,134 | $11 | $0 on 8/16/2023 |
| Dec 2025 | $1,130 | $11 | $0 on 8/16/2023 |
| Nov 2025 | $1,126 | $11 | $0 on 8/16/2023 |
| Oct 2025 | $1,122 | $11 | $0 on 8/16/2023 |
| Sep 2025 | $1,118 | $11 | $0 on 8/16/2023 |
| Aug 2025 | $1,115 | $11 | $0 on 8/16/2023 |
| Jul 2025 | $1,111 | $0 | $0 on 8/16/2023 |
| Jun 2025 | $1,107 | $0 | $0 on 8/16/2023 |
| May 2025 | $1,103 | $0 | $0 on 8/16/2023 |
| Apr 2025 | $1,099 | $0 | $0 on 8/16/2023 |
| Mar 2025 | $1,095 | $0 | $0 on 8/16/2023 |
| Feb 2025 | $1,092 | $0 | $0 on 8/16/2023 |
| Jan 2025 | $1,088 | $0 | $0 on 8/16/2023 |
| Dec 2024 | $1,084 | $0 | $0 on 8/16/2023 |
| Nov 2024 | $1,080 | $0 | $0 on 8/16/2023 |
| Oct 2024 | $1,077 | $0 | $0 on 8/16/2023 |
| Sep 2024 | $1,073 | $0 | $0 on 8/16/2023 |
| Aug 2024 | $1,069 | $0 | $0 on 8/16/2023 |
| Jul 2024 | $1,065 | $0 | $0 on 8/16/2023 |

### Additional info

The original amount of this account was $1,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561,<br>LINCOLN NE 68501 |

| | |
|---|---|
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Feb 2026, May 2024 to Jul 2025, Jan 2024

## DEPT OF EDUCATION/NELNET

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | DEPT OF EDUCATION/NELNET |
| Account Number | 900000XXXXXXXXX |
| Account Type | Education |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 06/14/2024 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $1,817 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $1,750 |
| Highest Balance | - |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 120 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | 90 |
| 2024 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 90 | Past due 90 days |
| 120 | Past due 120 days | ND | No data for this period |

**Payment history guide**

120 days past due as of Jan 2026

90 days past due as of Dec 2025

By Aug 2032, this account is scheduled to go to a positive status.

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$1,817** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$1,817** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$1,817** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$1,813** | **$0** | **$0** |
| **Jan 2026** | **$1,805** | **$19** | **$0** |
| **Dec 2025** | **$1,797** | **$19** | **$0** |
| **Nov 2025** | **$1,789** | **$19** | **$0** |
| **Oct 2025** | **$1,781** | **$19** | **$0** |
| **Sep 2025** | **$1,773** | **$19** | **$0** |
| **Aug 2025** | **$1,765** | **$19** | **$0** |
| **Jul 2025** | **$1,750** | **$0** | **$0** |
| **Jun 2025** | **$1,750** | **$0** | **$0** |
| **May 2025** | **$1,750** | **$0** | **$0** |
| **Apr 2025** | **$1,750** | **$0** | **$0** |
| **Mar 2025** | **$1,750** | **$0** | **$0** |
| **Feb 2025** | **$1,750** | **$0** | **$0** |
| **Jan 2025** | **$1,750** | **$0** | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2024** | **$1,750** | **$0** | **$0** |
| **Nov 2024** | **$1,750** | **$0** | **$0** |
| **Oct 2024** | **$1,750** | **$0** | **$0** |
| **Sep 2024** | **$1,750** | **$0** | **$0** |
| **Aug 2024** | **$3,500** | **$0** | **$0** |
| **Jul 2024** | **$1,750** | **$0** | **$0** |

### Additional info

The original amount of this account was $1,750

### Contact Info

| | |
|---|---|
| Address | **PO BOX 82561,<br>LINCOLN NE 68501** |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

**None**

**Previous:**

**Payment Deferred.**

Feb 2026, Jun 2024 to Jul 2025

## DEPT OF EDUCATION/NELNET

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | **DEPT OF EDUCATION/NELNET** |
| Account Number | **900000XXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |

| | |
|---|---|
| Interest Type | - |
| Date Opened | 06/14/2024 |
| Status | Open. |
| Status Updated | Mar 2026 |
| Balance | $3,337 |
| Balance Updated | 06/30/2026 |
| Recent Payment | - |
| Monthly Payment | $0 |
| Original Balance | $3,000 |
| Highest Balance | - |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | 120 | ND | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ | ✓ | ✓ | ✓ | 90 |
| 2024 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met
90 Past due 90 days
120 Past due 120 days
ND No data for this period

**Payment history guide**

120 days past due as of Jan 2026

90 days past due as of Dec 2025

By Aug 2032, this account is scheduled to go to a positive status.

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$3,323** | **$0** | **$0 on 5/16/2026** |
| **Apr 2026** | **$3,309** | **$0** | **$0 on 4/16/2026** |
| **Mar 2026** | **$3,296** | **$0** | **$0 on 3/16/2026** |
| **Feb 2026** | **$3,282** | **$0** | **$0** |
| **Jan 2026** | **$3,269** | **$35** | **$0** |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2025 | $3,255 | $35 | $0 |
| Nov 2025 | $3,241 | $35 | $0 |
| Oct 2025 | $3,228 | $35 | $0 |
| Sep 2025 | $3,214 | $35 | $0 |
| Aug 2025 | $3,200 | $41 | $0 |
| Jul 2025 | $3,186 | $0 | $0 |
| Jun 2025 | $3,172 | $0 | $0 |
| May 2025 | $3,159 | $0 | $0 |
| Apr 2025 | $3,145 | $0 | $0 |
| Mar 2025 | $3,131 | $0 | $0 |
| Feb 2025 | $3,117 | $0 | $0 |
| Jan 2025 | $3,104 | $0 | $0 |
| Dec 2024 | $3,090 | $0 | $0 |
| Nov 2024 | $3,076 | $0 | $0 |
| Oct 2024 | $3,063 | $0 | $0 |
| Sep 2024 | $3,049 | $0 | $0 |
| Aug 2024 | $6,037 | $0 | $0 |
| Jul 2024 | $3,021 | $0 | $0 |

### Additional info

The original amount of this account was $3,000

### Contact Info

| | |
|---|---|
| Address | PO BOX 82561, LINCOLN NE 68501 |
| Phone Number | (888) 486-4722 |

### Comment

**Current:**

None

**Previous:**

Payment Deferred.

Feb 2026, Jun 2024 to Jul 2025

## EDC/RENTPLUS/ZRSMANAGEMENTLLC

### Account Info

| | |
|---|---|
| Account Name | EDC/RENTPLUS/ZRSMANAGEMENTLLC |
| Account Number | 96675YXXXXXXXX |
| Account Type | Rental |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 08/14/2025 |
| Status | Open/Never late. |
| Status Updated | May 2026 |
| Balance | $0 |
| Balance Updated | 05/31/2026 |
| Recent Payment | $1,373 as of 5/1/2026 |
| Monthly Payment | $0 |
| Original Balance | $1,373 |
| Highest Balance | - |
| Terms | 1 Month |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2026 | $0 | $0 | $1,373 on 4/1/2026 |
| Mar 2026 | $0 | $0 | $1,373 on 3/4/2026 |
| Feb 2026 | $0 | $0 | $1,373 on 2/4/2026 |
| Jan 2026 | $0 | $0 | $1,373 on 1/1/2026 |
| Dec 2025 | $0 | $0 | $1,373 on 12/1/2025 |
| Nov 2025 | $0 | $0 | $1,373 on 11/1/2025 |
| Nov 2025 | $0 | $0 | $1,373 on 11/1/2025 |
| Sep 2025 | $0 | $0 | $1,373 on 9/1/2025 |
| Aug 2025 | $0 | $0 | $792 |

### Additional info

The original amount of this account was $1,373

### Contact Info

| | |
|---|---|
| Address | 91 E 700 S,<br>LOGAN UT 84321 |

## HARRIS & HARRIS LTD

**POTENTIALLY NEGATIVE**

### Account Info

| | |
|---|---|
| Account Name | HARRIS & HARRIS LTD |
| Account Number | 828443XX |
| Account Type | Collection |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 04/28/2026 |
| Status | Collection account. $290 past due as of Jul 2026. |
| Status Updated | Apr 2026 |
| Balance | $290 |
| Balance Updated | 07/19/2026 |
| Recent Payment | - |

| | |
|---|---|
| Monthly Payment | - |
| Original Balance | $290 |
| Highest Balance | - |
| Terms | 1 Month |
| On Record Until | Apr 2031 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | — | — | — | — | — | — | C | — | — | — | — | — |

C Collection

**Payment history guide**

Collection as of Jul 2026

This account is scheduled to continue on record until Apr 2031.

### Historical Info

Original Creditor **CHARTER COMMUNICATIONS**

### Contact Info

| | |
|---|---|
| Address | PO BOX 186,<br>CHICAGO IL 60690 |
| Phone Number | (844) 548-9990 |

## KOVO INC

### Account Info

| | |
|---|---|
| Account Name | KOVO INC |
| Account Number | G7C692XXXXXXX |
| Account Type | Sales Contract |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 10/24/2025 |
| Status | Open/Never late. |
| Status Updated | June 2026 |

| | |
|---|---|
| Balance | $150 |
| Balance Updated | 06/30/2026 |
| Recent Payment | $10 as of 6/24/2026 |
| Monthly Payment | $10 |
| Original Balance | $240 |
| Highest Balance | - |
| Terms | 24 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | – | – | – | – | – | – |
| 2025 | – | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$150** | **$10** | **$10 on 5/31/2026** |
| **Apr 2026** | **$170** | **$10** | **$10 on 4/24/2026** |
| **Mar 2026** | **$180** | **$10** | **$10 on 3/24/2026** |
| **Feb 2026** | **$190** | **$10** | **$10 on 2/24/2026** |
| **Jan 2026** | **$200** | **$10** | **$10 on 1/24/2026** |
| **Dec 2025** | **$210** | **$10** | **$10 on 12/24/2025** |
| **Nov 2025** | **$220** | **$10** | **$10 on 11/24/2025** |
| **Oct 2025** | **$230** | **$10** | **$10 on 10/24/2025** |

### Additional info

The original amount of this account was $240

## Contact Info

| | |
|---|---|
| Address | 9450 SW GEMINI DR # 87907,<br>BEAVERTON OR 97008 |
| Phone Number | (855) 965-5686 |

## SELF /ATLANTIC CAPITAL B

### Account Info

| | |
|---|---|
| Account Name | SELF /ATLANTIC CAPITAL B |
| Account Number | 1427XXXX |
| Account Type | Secured Loan |
| Responsibility | Individual |
| Interest Type | Fixed |
| Date Opened | 05/09/2020 |
| Status | Paid, Closed/Never late. |
| Status Updated | May 2021 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $539 |
| Highest Balance | - |
| Terms | 12 Months |
| On Record Until | May 2031 |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | CLS | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until May 2031.

### Contact Info

| | |
|---|---|
| Address | PO BOX 11,<br>SOUTHLAKE TX 76092 |
| Phone Number | (877) 833-0999 |

## SELF FINANCIAL/LEAD BANK

POTENTIALLY NEGATIVE

## Account Info

| | |
|---|---|
| Account Name | SELF FINANCIAL/LEAD BANK |
| Account Number | 74751XXXX |
| Account Type | Secured Card |
| Responsibility | Individual |
| Interest Type | Variable |
| Date Opened | 08/19/2020 |
| Status | Account charged off. $639 written off. $639 past due as of Aug 2025. |
| Status Updated | Sep 2023 |
| Balance | $639 |
| Balance Updated | 08/06/2025 |
| Recent Payment | - |
| Monthly Payment | - |
| Credit Limit | $900 |
| Highest Balance | $1,165 |
| Terms | - |
| On Record Until | Jan 2030 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ND | ND | ND | ND | ND | ND | ND | CO | — | — | — | — |
| 2024 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2023 | 30 | ✓ | ✓ | ✓ | 30 | 60 | 90 | 150 | CO | ND | ND | ND |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 150 | Past due 150 days | CO | Charge off |
| ND | No data for this period | | |

### Payment history guide

Charge Off as of Aug 2025,Sep 2023

150 days past due as of Aug 2023

90 days past due as of Jul 2023

60 days past due as of Jun 2023

30 days past due as of May 2023,Jan 2023

This account is scheduled to continue on record until Jan 2030.

### Contact Info

| | |
|---|---|
| Address | PO BOX 11,<br>SOUTHLAKE TX 76092 |
| Phone Number | (866) 845-9545 |

### Your Statement

Y ITEM DISPUTED BY CONSUMER

### Reinvestigation Info

This item was updated from our processing of your dispute in Aug 2025.

## SELF FINANCIAL/LEAD BANK

POTENTIALLY NEGATIVE

### Account Info

| | |
|---|---|
| Account Name | SELF FINANCIAL/LEAD BANK |
| Account Number | CBA000XXXXXXXXXXXXXX |
| Account Type | Secured Loan |
| Responsibility | Individual |
| Interest Type | Fixed |
| Date Opened | 02/22/2022 |
| Status | Paid, Closed. |
| Status Updated | Feb 2023 |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $1,663 |
| Highest Balance | - |
| Terms | 12 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 30 | CLS | – | – | – | – | – | – | – | – | – | – |
| 2022 | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met   30 Past due 30 days

CLS Closed

**Payment history guide**

30 days past due as of Jan 2023,Aug 2022

## Contact Info

| | |
|---|---|
| Address | PO BOX 11,<br>SOUTHLAKE TX 76092 |
| Phone Number | (866) 845-9545 |

# UPSTART NETWORK INC.

**POTENTIALLY NEGATIVE**

## Account Info

| | |
|---|---|
| Account Name | UPSTART NETWORK INC. |
| Account Number | L150XXXX |
| Account Type | Unsecured |
| Responsibility | Individual |
| Interest Type | Fixed |
| Date Opened | 07/29/2021 |
| Status | Account charged off. $4,683 written off. |
| Status Updated | Apr 2023 |
| Balance | $0 |
| Balance Updated | 05/06/2023 |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | $6,300 |
| Highest Balance | - |
| Terms | 36 Months |
| On Record Until | Aug 2029 |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 30 | 60 | 90 | CO | CO | – | – | – | – | – | – | – |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND |
| 2021 | – | – | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| CO | Charge off | ND | No data for this period |

**Payment history guide**

Charge Off as of May 2023,Apr 2023

90 days past due as of Mar 2023

60 days past due as of Feb 2023

30 days past due as of Jan 2023

This account is scheduled to continue on record until Aug 2029.

## Historical Info

Company Sold: **CROWN ASSET MANAGEMENT LLC**

## Contact Info

Address: **2950 S DELAWARE ST STE 300, SAN MATEO CA 94403**

## Comment

**Current:**

**Purchased by another lender.**

**Previous:**

**None**

## Your Statement

**ITEM IN DISPUTE BY CONSUMER**

### Reinvestigation Info

**This item was updated from our processing of your dispute in Aug 2025.**

## US DEPT OF ED/GLELSI

### Account Info

| | |
|---|---|
| Account Name | **US DEPT OF ED/GLELSI** |
| Account Number | **260721XXXXXXXXXX** |
| Account Type | **Education** |
| Responsibility | **Individual** |
| Interest Type | - |
| Date Opened | **08/25/2017** |
| Status | **Transferred,closed/Never late.** |
| Status Updated | **May 2022** |
| Balance | - |
| Balance Updated | - |
| Recent Payment | - |
| Monthly Payment | - |
| Original Balance | **$16,750** |
| Highest Balance | - |
| Terms | - |
| On Record Until | **May 2032** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | CLS | – | – | – | – | – | – | – |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | – | – | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met CLS Closed

This account is scheduled to continue on record until May 2032.

### Contact Info

| | |
|---|---|
| Address | PO BOX 7860, MADISON WI 53707 |
| Phone Number | (800) 236-4300 |

### Comment

**Current:**

Account closed due to transfer.

**Previous:**

None

## WESTLAKE FINANCIAL SVCS

### Account Info

| | |
|---|---|
| Account Name | WESTLAKE FINANCIAL SVCS |
| Account Number | 3740XXXX |
| Account Type | Auto Loan |
| Responsibility | Individual |
| Interest Type | - |
| Date Opened | 06/21/2025 |
| Status | Open/Never late. |
| Status Updated | June 2026 |
| Balance | $15,552 |
| Balance Updated | 06/26/2026 |
| Recent Payment | $467 as of 6/24/2026 |
| Monthly Payment | $467 |
| Original Balance | $15,843 |
| Highest Balance | - |
| Terms | 60 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2026 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — | — | — | — | — |
| 2025 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met

### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **May 2026** | **$15,586** | **$467** | **$467 on 5/14/2026** |
| **Apr 2026** | **$15,747** | **$467** | **$467 on 4/15/2026** |
| **Mar 2026** | **$15,918** | **$467** | **$490 on 3/18/2026** |
| **Feb 2026** | **$16,113** | **$467** | **$467 on 2/18/2026** |
| **Jan 2026** | **$15,556** | **$467** | **$0 on 11/13/2025** |
| **Dec 2025** | **$15,532** | **$467** | **$0 on 11/13/2025** |
| **Nov 2025** | **$15,532** | **$467** | **$467 on 11/13/2025** |
| **Oct 2025** | **$15,690** | **$467** | **$467 on 10/15/2025** |
| **Sep 2025** | **$15,792** | **$467** | **$467 on 9/11/2025** |
| **Aug 2025** | **$15,807** | **$467** | **$467 on 7/31/2025** |
| **Jul 2025** | **$15,843** | **$467** | **$0** |

**Additional info**

The original amount of this account was $15,843

### Contact Info

| | |
|---|---|
| Address | **4751 WILSHIRE BLVD, LOS ANGELES CA 90010** |
| Phone Number | (323) 692-8800 |

## Public Records

Information gathered from courts or other government agencies about legal matters associated with you. The most common Public Records are bankruptcies, tax liens, and monetary judgments.

**No public records reported.**

## Hard Inquiries

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**NOWCOM/WESTLAKE FINANCIA**
Inquired on 06/21/2025

4751 WILSHIRE BLVD LOS ANGELES CA, 90010

Auto loan. This inquiry is scheduled to continue on record until Jul 2027.

**CREDIT ACCEPTANCE**
Inquired on 06/17/2025

25505 W 12 MILE RD STE 3000 SOUTHFIELD MI, 48034

Unspecified. This inquiry is scheduled to continue on record until Jul 2027.

**NOWCOM/S I FINEST CARS I**
Inquired on 06/17/2025

776 PORT RICHMOND AVE STATEN ISLAND NY, 10302

Auto loan. This inquiry is scheduled to continue on record until Jul 2027.

**UNITED AUTO CREDIT CO**
Inquired on 06/17/2025

1071 CAMELBACK ST STE 100 NEWPORT BEACH CA, 92660

Unspecified. This inquiry is scheduled to continue on record until Jul 2027.

## Soft Inquiries

Soft inquiries are generally initiated by others, like companies making promotional offers or lenders periodically reviewing your existing credit accounts. Soft inquiries also include checking your own credit report or using credit monitoring services, and have no impact on your credit score.

**ACIMA DIGITAL LLC**
Inquired on 03/14/2026

13907 S MINUTEMAN DR,
DRAPER UT 84020

**ACIMA DIGITAL LLC**
Inquired on 03/14/2026

9815 S MONROE ST,
SANDY UT 84070
(801) 297-1920

**ACIMA DIGITAL LLC**
Inquired on 03/14/2026

13907 S MINUTEMAN DR,
DRAPER UT 84020

**AFFIRM**
Inquired on 10/16/2025

650 CALIFORNIA ST FL 12,
SAN FRANCISCO CA 94108
(855) 423-3729

**AFTERPAY US INC**
Inquired on 04/16/2026

760 MARKET ST FL 2,
SAN FRANCISCO CA 94102
(855) 289-6014

**ALBERT CORPORATION**
Inquired on 05/03/2026 , 04/03/2026 , 03/04/2026 , 02/02/2026 , 01/03/2026 , 12/03/2025 , 11/03/2025 , 10/04/2025 and 09/04/2025

440 N BARRANCA AVE PMB 3801,
COVINA CA 91723
(844) 891-9309

**AMEX**
Inquired on 03/20/2026

PO BOX 30384,
SALT LAKE CITY UT 84130
(800) 446-6307

Checking

**ASPIRE/ATLANTICUS/TBOM**
Inquired on 05/26/2026

5 CONCOURSE PKWY STE 400,
ATLANTA GA 30328

**CAINE & WEINER COMPANY I**
Inquired on 06/09/2026

12005 FORD RD STE 300,
DALLAS TX 75234
(818) 908-2121

**CAPITAL ONE**
Inquired on 06/15/2026

15000 CAPITAL ONE DR,
RICHMOND VA 23238

**CLARITY/ACIMA DIGITAL**
Inquired on 03/14/2026

13907 S MINUTEMAN DR,
DRAPER UT 84020

**CLARITY/CNU ONLINE HOLDI**
Inquired on 02/06/2026

175 W JACKSON BLVD STE 1000,
CHICAGO IL 60604

COLLECTION

Legitimate Business Need- without Freeze Exception

**CLARITY/SNAP FINANCE**
Inquired on 03/14/2026

1141 W 2400 S, SALT LAKE CITY UT 84119

**CLARITY/SNAP FINANCE LLC**
Inquired on 03/14/2026

1141 W 2400 S, SALT LAKE CITY UT 84119

Legitimate Business Need- without Freeze Exception

**CLARITY/SNAP FINANCE LLC**
Inquired on 03/14/2026

1141 W 2400 S, SALT LAKE CITY UT 84119

Legitimate Business Need

**CONSUMERINFO.COM**
Inquired on 07/29/2026 , 05/29/2026 and 03/17/2026

475 ANTON BLVD, COSTA MESA CA 92626

**CREDIT KARMA**
Inquired on 07/29/2026 , 07/28/2026 , 07/27/2026 , 07/24/2026 , 07/22/2026 , 07/21/2026 , 07/20/2026 , 07/19/2026 , 07/18/2026 , 07/17/2026 , 07/16/2026 , 07/15/2026 , 07/14/2026 , 07/13/2026 , 07/10/2026 , 07/09/2026 , 07/08/2026 , 07/07/2026 , 07/01/2026 , 06/30/2026 , 06/27/2026 , 06/25/2026 , 06/22/2026 , 06/20/2026 , 06/19/2026 , 06/16/2026 ,

**CREDIT KARMA**
Inquired on 06/03/2026 , 06/02/2026 , 05/27/2026 , 05/23/2026 , 05/20/2026 , 05/16/2026 , 05/13/2026 , 05/09/2026 , 05/06/2026 , 05/02/2026 , 04/29/2026 , 04/26/2026 , 04/22/2026 , 04/18/2026 , 04/15/2026 , 04/11/2026 , 04/08/2026 , 04/04/2026 , 04/01/2026 , 03/29/2026 , 03/25/2026 , 03/21/2026 , 03/18/2026 , 03/14/2026 , 03/11/2026 , 03/07/2026 ,

**CREDIT KARMA**
Inquired on 10/30/2025 and 10/20/2025

760 MARKET ST FL 2, SAN FRANCISCO CA 94102

**CREDIT KARMA INC**
Inquired on 01/21/2026 , 10/29/2025 , 10/16/2025 and 09/02/2025

760 MARKET ST FL 2, SAN FRANCISCO CA 94102

| | |
|---|---|
| 06/14/2026 , | 03/04/2026 , |
| 06/13/2026 , | 03/01/2026 , |
| 06/10/2026 , | 02/25/2026 , |
| 06/09/2026 , | 02/21/2026 , |
| 06/08/2026 , | 02/20/2026 , |
| 06/07/2026 , | 02/14/2026 , |
| 06/06/2026 , | 02/11/2026 , |
| 06/05/2026 , | 02/07/2026 , |
| 06/04/2026 , | 02/04/2026 , |
| 06/03/2026 , | 02/02/2026 , |
| 06/02/2026 , | 01/28/2026 , |
| 06/01/2026 , | 01/24/2026 , |
| 05/31/2026 , | 01/21/2026 , |
| 05/30/2026 , | 01/17/2026 , |
| 05/29/2026 , | 01/14/2026 , |
| 05/28/2026 , | 01/10/2026 , |
| 05/25/2026 , | 01/07/2026 , |
| 05/22/2026 , | 01/03/2026 , |
| 05/21/2026 , | 12/31/2025 , |
| 05/20/2026 , | 12/28/2025 , |
| 05/16/2026 , | 12/24/2025 , |
| 05/13/2026 , | 12/20/2025 , |
| 05/12/2026 , | 12/17/2025 , |
| 05/08/2026 , | 12/13/2025 , |
| 05/07/2026 , | 12/10/2025 , |
| 05/05/2026 , | 12/06/2025 , |
| 05/04/2026 , | 12/03/2025 , |
| 05/03/2026 , | 11/30/2025 , |
| 05/01/2026 , | 11/26/2025 , |
| 04/30/2026 , | 11/22/2025 , |
| 04/27/2026 , | 11/19/2025 , |
| 04/26/2026 , | 11/15/2025 , |
| 04/24/2026 , | 11/12/2025 , |
| 04/22/2026 , | 11/08/2025 , |
| 04/21/2026 , | 11/05/2025 , |
| 04/20/2026 , | 11/01/2025 , |
| 04/19/2026 , | 10/29/2025 , |
| 04/17/2026 , | 10/27/2025 , |
| 04/16/2026 , | 10/22/2025 , |
| 04/15/2026 , | 10/18/2025 , |
| 04/14/2026 , | 10/15/2025 , |
| 04/13/2026 , | 10/11/2025 , |
| 04/12/2026 , | 10/08/2025 , |
| 04/11/2026 , | 10/04/2025 , |
| 04/10/2026 , | 10/01/2025 , |
| 04/09/2026 , | 09/28/2025 , |

| | | | | |
|---|---|---|---|---|
| 04/07/2026 , 04/06/2026 , 04/04/2026 , 04/01/2026 , 03/31/2026 , 03/30/2026 , 03/29/2026 , 03/28/2026 , 03/25/2026 , 03/21/2026 , 03/20/2026 , 03/18/2026 , 03/16/2026 , 03/15/2026 , 03/14/2026 , 03/11/2026 , 03/09/2026 , 03/08/2026 , 03/07/2026 , 03/06/2026 , 03/05/2026 , 03/04/2026 , 03/03/2026 , 03/01/2026 , 02/21/2026 , 02/17/2026 , 02/13/2026 , 02/09/2026 , 02/07/2026 , 02/06/2026 , 02/05/2026 , 02/04/2026 , 02/03/2026 , 02/01/2026 , 01/31/2026 , 01/29/2026 , 01/27/2026 , 01/22/2026 , 01/21/2026 , 01/19/2026 , 01/14/2026 , 01/13/2026 , 01/10/2026 , 01/09/2026 , 01/08/2026 , 01/04/2026 , | 09/25/2025 , 09/20/2025 , 09/17/2025 , 09/13/2025 , 09/10/2025 , 09/06/2025 , 09/03/2025 , 09/01/2025 , 08/27/2025 , 08/16/2025 , 08/14/2025 , 08/09/2025 , 08/06/2025 , 08/02/2025 and 07/30/2025<br><br>760 MARKET ST FL 2, SAN FRANCISCO CA 94102 | | | |

01/01/2026 ,
12/30/2025 ,
12/29/2025 ,
12/24/2025 ,
12/23/2025 ,
12/22/2025 ,
12/20/2025 ,
12/07/2025 ,
12/06/2025 ,
12/05/2025 ,
12/04/2025 ,
12/01/2025 ,
11/27/2025 ,
11/25/2025 ,
11/23/2025 ,
11/22/2025 ,
11/20/2025 ,
11/19/2025 ,
11/17/2025 ,
11/16/2025 ,
11/15/2025 ,
11/13/2025 ,
11/09/2025 ,
11/08/2025 ,
11/05/2025 ,
11/04/2025 ,
11/01/2025 ,
10/31/2025 ,
10/30/2025 ,
10/27/2025 ,
10/26/2025 ,
10/25/2025 ,
10/24/2025 ,
10/23/2025 ,
10/22/2025 ,
10/21/2025 ,
10/19/2025 ,
10/18/2025 ,
10/17/2025 ,
10/11/2025 ,
10/10/2025 ,
10/08/2025 ,
10/05/2025 ,
10/04/2025 ,
10/01/2025 ,
09/30/2025 ,

09/20/2025,
09/19/2025,
09/17/2025,
09/10/2025,
09/09/2025,
09/08/2025,
09/05/2025,
09/03/2025,
09/01/2025,
08/24/2025,
08/23/2025,
08/22/2025,
08/20/2025,
08/19/2025,
08/16/2025,
08/15/2025,
08/14/2025,
08/13/2025,
08/08/2025,
08/07/2025,
08/05/2025,
08/04/2025,
08/02/2025,
08/01/2025,
07/31/2025
and
07/29/2025

760 MARKET ST FL 2, SAN FRANCISCO CA 94102
(415) 510-5272

**CREDIT ONE BANK**
Inquired on 07/28/2026

6801 S CIMARRON RD, LAS VEGAS NV 89113
(877) 825-3242

**CREDIT ONE BANK**
Inquired on 05/18/2026, 12/16/2025, 11/18/2025, 10/21/2025, 09/16/2025 and 08/19/2025

6801 S CIMARRON RD,

**DISCOVERC**
Inquired on 04/10/2026

2500 LAKE COOK RD, RIVERWOODS IL 60015

**DISCOVERC**
Inquired on 04/10/2026

2500 LAKE COOK RD, RIVERWOODS IL 60015

LAS VEGAS NV
89113
(415) 459-6100

**EMPOWER ANNUITY INSURANC**
Inquired on
10/03/2025

8505 E
ORCHARD RD,
GREENWOOD
VILLAGE CO
80111
(800) 537-2033

**EXPERIAN**
Inquired on
07/29/2026 ,
05/29/2026
and
04/10/2026

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN**
Inquired on
07/27/2026 ,
07/15/2026 ,
07/13/2026 ,
07/12/2026 ,
07/07/2026 ,
07/06/2026 ,
06/29/2026 ,
06/24/2026 ,
06/22/2026 ,
06/19/2026 ,
06/15/2026 ,
06/09/2026 ,
06/08/2026 ,
06/05/2026 ,
06/04/2026 ,
06/01/2026 ,
05/25/2026 ,
05/24/2026 ,
05/20/2026 ,
05/18/2026 ,
05/11/2026 ,
05/04/2026 ,
05/02/2026 ,
04/27/2026 ,
04/23/2026 ,
04/20/2026 ,
04/13/2026 ,
04/12/2026 ,
04/11/2026 ,
04/10/2026 ,
04/06/2026 ,
03/30/2026 ,
03/23/2026 ,
03/16/2026 ,
03/09/2026 ,
03/02/2026 ,
02/23/2026 ,
02/16/2026 ,
02/09/2026 ,
02/02/2026 ,

**EXPERIAN**
Inquired on
07/27/2026 ,
07/16/2026 ,
03/18/2026 ,
03/06/2026 ,
02/06/2026 ,
01/13/2026 ,
01/09/2026 ,
12/06/2025 ,
11/12/2025 ,
11/04/2025 ,
10/29/2025 ,
10/16/2025 ,
10/03/2025 ,
09/04/2025
and
08/19/2025

475 ANTON
BLVD,
COSTA MESA
CA 92626

01/26/2026,
01/19/2026,
01/12/2026,
01/05/2026,
12/29/2025,
12/22/2025,
12/15/2025,
12/08/2025,
12/01/2025,
11/24/2025,
11/17/2025,
11/10/2025,
11/03/2025,
10/29/2025,
10/27/2025,
10/24/2025,
10/23/2025,
10/22/2025,
10/17/2025,
10/13/2025,
10/07/2025,
10/06/2025,
09/29/2025,
09/22/2025,
09/18/2025,
09/15/2025,
09/08/2025,
09/07/2025,
09/01/2025,
08/25/2025,
08/22/2025,
08/18/2025,
08/12/2025,
08/11/2025,
08/06/2025,
08/04/2025,
08/03/2025
and
07/30/2025

475 ANTON BLVD,
COSTA MESA
CA 92626
(866) 431-3471

**EXPERIAN**
Inquired on
06/08/2026 ,
06/05/2026 ,
06/04/2026 ,
08/03/2025
and
07/30/2025

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

CAPS API
DISCLOSURE

**EXPERIAN**
Inquired on
05/29/2026

PO BOX 9600,
ALLEN TX
75013
(800) 311-4769

**EXPERIAN**
Inquired on
04/10/2026

475 ANTON
BLVD,
COSTA MESA
CA 92626

**EXPERIAN CREDITMATCH**
Inquired on
07/15/2026 ,
07/12/2026 ,
07/07/2026 ,
06/24/2026 ,
06/19/2026 ,
06/09/2026 ,
06/08/2026 ,
06/05/2026 ,
06/04/2026 ,
05/24/2026 ,
05/20/2026 ,
05/11/2026 ,
05/02/2026 ,
04/23/2026 ,
04/12/2026 ,
04/11/2026 ,
04/10/2026 ,
10/29/2025 ,
10/24/2025 ,
10/23/2025 ,
10/22/2025 ,
10/17/2025 ,
10/07/2025 ,
09/18/2025 ,
09/07/2025 ,
08/22/2025 ,
08/12/2025 ,
08/06/2025 ,
08/03/2025
and
07/30/2025

475 ANTON
BLVD # D4,
COSTA MESA
CA 92626

**EXPERIAN CS IDENTITY**
Inquired on
07/15/2026 ,
07/09/2026 ,

**FORTIVA/ATLANTICUS/TBOM**
Inquired on
05/12/2026

**LEXISNEXIS/INS/P&C**
Inquired on
09/02/2025

**LEXISNEXIS/INS/STATE FARM**
Inquired on
09/02/2025

06/15/2026 , 06/07/2026 , 05/15/2026 , 05/06/2026 , 04/05/2026 , 03/04/2026 , 01/12/2026 , 11/19/2025 , 10/18/2025 , 09/16/2025 and 08/15/2025

535 ANTON BLVD STE 100, COSTA MESA CA 92626

and 04/27/2026

5 CONCOURSE PKWY STE 400, ATLANTA GA 30328

1000 ALDERMAN DR, ALPHARETTA GA 30005
(866) 323-0932

On behalf of TEXAS FARM BUREAU INS CO for Insurance underwriting

1000 ALDERMAN DR, ALPHARETTA GA 30005
(800) 456-6004

On behalf of STATE FARM INSURANCE COM for Insurance underwriting

**LN/AMICAMUTUALINSURANCE**
Inquired on 11/03/2025 and 08/22/2025

50 AMICA WAY, LINCOLN RI 02865

**NATIONAL GRID**
Inquired on 09/29/2025

300 ERIE BLVD W, SYRACUSE NY 13202
(315) 474-1511

COLLECTION

**ONEMAIN**
Inquired on 07/12/2026

PO BOX 1010, EVANSVILLE IN 47706
(844) 298-9773

**OPENROAD LENDING LLC**
Inquired on 10/21/2025

6616 DAVIS BLVD, NORTH RICHLAND HILLS TX 76182
(888) 536-3024

**PETAL CARD INC**
Inquired on 10/29/2025

9169 W STATE ST #499, GARDEN CITY ID 83714
(855) 697-3825

**PRESSLERFELTWARSHAWLLP**
Inquired on 08/21/2025

7 ENTIN RD, PARSIPPANY NJ 07054

COLLECTION

**PROGRESSIVE INSURANCE**
Inquired on 01/21/2026

PO BOX 6807, CLEVELAND OH 44101
(800) 776-4737

Insurance underwriting

**SOFI BANK NA**
Inquired on 03/15/2026

2750 E COTTONWOOD PKWY STE 300, COTTONWOOD HEIGHTS UT 84121
(415) 385-0419

**TRANSUNION INTERACTIVE I**

**UNITED COLLECT BUR INC**

**WESTLAKE FINANCIAL SVC**

**WFBNA CARD**
Inquired on 03/17/2026

Inquired on
07/08/2026 ,
05/28/2026
and
04/15/2026

100 CROSS ST
STE 202,
SAN LUIS
OBISPO CA
93401
(805) 782-8282

Inquired on
06/05/2026

PO BOX
140190,
TOLEDO OH
43614
(800) 876-6729

COLLECTION

Inquired on
05/26/2026

4751 WILSHIRE
BLVD STE 100,
LOS ANGELES
CA 90010
(323) 692-8800

PO BOX 1133,
MINNEAPOLIS
MN 55480
(800) 967-9521

**WFBNA CARD**
Inquired on
03/17/2026

PO BOX 1133,
MINNEAPOLIS
MN 55480
(800) 967-9521

## Important Messages

**Medical Information**

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

**Public Records Information**

If your report contains public records, the Public Records section includes items from courts that Experian may have obtained through a third party vendor, LexisNexis Risk Data Management Inc. You may contact them at LexisNexis Consumer Center, PO Box 105615, Atlanta, GA 30348-5108, or visit https://experianconsumers.lexisnexis.com

## Contact Experian

**Online**

Visit Experian.com/dispute to dispute any inaccurate information, or click the dispute link next to the item. For FAQs and online access to your Experian Credit Report, Fraud Alerts, and Security Freezes, visit Experian.com/help

**Phone**

**Monday - Friday**
9am to 5pm
(855) 414-6047

**Mail**

**Experian**
PO Box 9701
Allen, TX 75013

## Know Your Rights

# Fair Credit Reporting Act (FCRA)

***Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.***

### A Summary of Your Rights Under the Fair Credit Reporting Act.

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

**You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment — or to take another adverse action against you — must tell you, and must give you the name, address, and phone number of the agency that provided the information.

**You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

- a person has taken adverse action against you because of information in your credit report;
- you are the victim of identity theft and place a fraud alert in your file;
- your file contains inaccurate information as a result of fraud;
- you are on public assistance;
- you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

**You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

**You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

**Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

**Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

**Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need — usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

**You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore

**You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).

**You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

**Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore

Consumers Have The Right To Obtain A Security Freeze

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay,

interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For more information about your federal rights, contact:**

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| **1.a.** Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>**b.** Such affiliates that are not banks, savings associations, or credit unions also should list in addition to the Bureau: | **a.** Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>**b.** Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue NW<br>Washington, DC 20580 |
| **2.** To the extent not included in item 1 above:<br><br>**a.** National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>**b.** State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act<br><br>**c.** Nonmember Insured banks, Insured State Branches of Foreign Banks, and insured state savings associations | **a.** Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>**b.** Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>**c.** Division of Depositor and Consumer Protection |

| | |
|---|---|
| **d.** Federal Credit Unions | National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>**d.** National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| **3.** Air carriers | Assistant General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue SE<br>Washington, DC 20590 |
| **4.** Creditors Subject to Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street SW<br>Washington, DC 20423 |
| **5.** Creditors Subject to Packers and Stockyards Act | Nearest Packers and Stockyards Division Regional Office |
| **6.** Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street SW, Suite 8200<br>Washington, DC 20416 |

| | |
|---|---|
| **7.** Brokers and Dealers | Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549 |
| **8.** Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| **9.** Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates **or** Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

## Notification of Rights

- California Fraud State Notice of Rights
- Notification of Rights for California Consumers
- Notification of Rights for Connecticut Consumers
- Notification of Rights for Delaware Consumers
- Notification of Rights for District of Columbia Consumers
- Notification of Rights for Georgia Consumers
- Notification of Rights for Massachusetts Consumers
- Notification of Rights for Missouri Consumers
- Notification of Rights for Montana Consumers
- Notification of Rights for New Hampshire Consumers
- Notification of Rights for New Jersey Consumers
- Notification of Rights for North Carolina Consumers
- Notification of Rights for North Dakota Consumers
- Notification of Rights for Rhode Island Consumers
- Notification of Rights for Tennessee Consumers
- Notification of Rights for Texas Consumers
- Notification of Rights for Vermont Consumers
- Notification of Rights for Virginia Consumers
- Notification of Rights for Washington Consumers
- Notification of Rights for West Virginia Consumers

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALBANY
------------------------------------------------------------X
CARLANDE EUGENE,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.
------------------------------------------------------------X

Index No.: ______________

Date Filed: ______________

**NOTICE OF COMMENCEMENT OF ACTION SUBJECT TO MANDATORY ELECTRONIC FILING**

PLEASE TAKE NOTICE that the matter captioned above, which has been commenced by filing of the accompanying documents with the County Clerk, is subject to mandatory electronic filing pursuant to Section 202.5-bb of the Uniform Rules for the Trial Courts. This notice is being served as required by Subdivision (b)(3) of that Section.

The New York State Courts Electronic Filing System ("NYSCEF") is designed for the electronic filing of documents with the County Clerk and the court and for the electronic service of those documents, court documents, and court notices upon counsel and self-represented parties. Counsel and/or parties who do not notify the court of a claimed exemption (see below) as required by Section 202.5-bb(e) must immediately record their representation within the e-filed matter on the Consent/Represent page in NYSCEF. Failure to do so may result in an inability to receive electronic notice of document filings.

Exemptions from mandatory e-filing are limited to: 1) attorneys who certify in good faith that they lack the computer equipment and (along with all employees) the requisite knowledge to comply; and 2) self-represented parties who choose not to participate in e-filing. For additional information about electronic filing, including access to Section 202.5-bb, consult the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center at 646-386-3033 or efile@nycourts.gov.

Dated: New York, New York, August 25, 2026

THE LAW OFFICE OF ELLIOT M. ELO, ESQ. PLLC

By: s/ Elliot M. Elo
Elliot M. Elo, Esq.
42 West 48th Street, Floor 2
New York, New York 10036-1701
Telephone: (212) 302-1257
Facsimile: (212) 302-1648
Email: elliot@elolawfirm.com
*Attorney for Plaintiff*

TO: **EXPERIAN INFORMATION SOLUTIONS, INC.**
**c/o C T Corporation System**
**28 Liberty St.**
**New York, NY 10005**

STATE OF NEW YORK COUNTY OF ALBANY
SUPREME COURT

14.1
Index Number: 910088-26
Date Filed: 08/25/2026

Carlande Eugene

Plaintiff

vs

Experian Information Solutions, Inc.

Defendant

## AFFIRMATION OF SERVICE

**CHRISTOPHER J. KLEIN**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **8/27/2026**, at **3:07 PM** at **c/o CT CORPORATION, 28 Liberty Street, New York, NY 10005**, Deponent served the within **Notice of Commencement of Action Subject to Mandatory Electronic Filing, Summons, Verified Complaint and Jury Demand** ,with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Experian Information Solutions, Inc.** , Defendant therein named, ( hereinafter referred to as "subject").

By delivering to and leaving a true copy with **Vincenza Cipriano** said individual to be **Authorized Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity/Partnership. A perceived description of Vincenza Cipriano is as follows:

**Perceived Gender**: Female **Perceived Race**: White **Color of hair:** Auburn **Age**: 35
**Height**: 5ft4in-5ft8in **Weight**: 100-130 Lbs. **Other** : Glasses

I affirm this day August 28, 2026 , under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

CHRISTOPHER J. KLEIN
Lic # 1188546
JobID 2669777

**Client's File No.:** 2637355

*ALEXANDER POOLE & COMPANY, INC.: SERVICE DISTRIBUTED BY INTER COUNTY JUDICIAL SERVICES LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET NY 11791 LICENSE # 1371771*